ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:  *zalinder@sideman.com*
PAULINE T. TSENG (State Bar No. 322311)
E-Mail:  *ptseng@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for
CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO DOMAINS BY PROXY, LLC | Case No.<br><br>**CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC.'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS** |

Petitioners CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC. (collectively "Cisco"), by and through their undersigned counsel of record, hereby request that the Clerk of the Court issue a subpoena directed to Domains By Proxy, LLC ("Domains By Proxy") to identify an alleged infringer or infringers behind several listings, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena").

The Subpoena relates to several listings hosted by Domains By Proxy's platform which Cisco has determined contain infringing material.  The infringing material includes, without limitation, offers to sell software licenses which have not been authorized for sale or distribution by Cisco.

Cisco has satisfied the requirements for issuance of the Subpoena pursuant to 17 U.S.C. § 512(h), in that it has:

(1) Submitted a copy of a notification required by 17 U.S.C. § 512(c)(3)(A) for each of the identified listings. *See* Exhibit A to this Request.

(2) Submitted a proposed Subpoena concurrently herewith. *See* Exhibit B to this Request.

(3) Submitted a sworn declaration confirming that the purpose for which the Subpoena is sought is to obtain the identity of the alleged infringers and that such information will only be used for the purpose of protecting rights under 17 U.S.C. § 512. *See* Exhibit C to this Request.

Because Cisco has complied with the statutory requirements, Cisco respectfully requests that the Clerk of the Court expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

DATED: July 15, 2021                                 SIDEMAN & BANCROFT LLP

By: _____
Pauline T. Tseng
Attorneys for CISCO SYSTEMS, INC. and
CISCO TECHNOLOGY, INC.